Delivered 10/22/2024

CAUSE NO. 202472794

COPY OF PLEADING PROVIDED BY PLT

RECEIPT NO: 1047954

TRACKING NO: 74393260

| | |
|---|---|
| Plaintiff:<br>MINGO, NONA<br>vs.<br>Defendant:<br>HOME DEPOT USA INC | In The 165th<br>Judicial District Court of<br>Harris County, Texas<br>201 CAROLINE<br>Houston, Texas |

**CITATION CORPORATE**

**THE STATE OF TEXAS**
**County of Harris**

**To: HOME DEPOT USA INC (FOREIGN CORPORATION) MAY BE SERVED THROUGH ITS REGISTERED AGENT FOR SERVICE OF PROCESS CORPORATION SERVICE COMPANY (D/B/A CSC-LAWYERS INCORPORATING SERVICE)**
**211 E 7TH STREET SUITE 620, AUSTIN TX 78701**

Attached is a copy of: PLAINTIFF'S ORIGINAL PETITION

This instrument was filed on October 18, 2024 in the above cited cause number and court. The instrument attached describes the claim against you.

**YOU HAVE BEEN SUED.** You may employ an attorney. If you or your Attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration date of 20 days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

This citation was issued on October 21, 2024, under my hand and seal of said court.

Issued at the request of:

SHELTON, TRENT A
6009 MEMORIAL DRIVE

HOUSTON, TX 77007
(713) 222-3800
Bar Number: 24121119

DISTRICT COURT OF HARRIS COUNTY, TEXAS

Marilyn Burgess

Marilyn Burgess, District Clerk

Harris County, Texas
201 CAROLINE Houston Texas 77002
(PO Box 4651, Houston, Texas 77210)

Generated By:CHRISTOPHER MATTHEWS

EXHIBIT C

Tracking Number: 74393260

**CAUSE NUMBER: 202472794**

| | |
|---|---|
| **PLAINTIFF: MINGO, NONA** | **In the 165th** |
| **vs.** | **Judicial District Court of** |
| **DEFENDANT: HOME DEPOT USA INC** | **Harris County, Texas** |

OFFICER - AUTHORIZED PERSON RETURN

Came to hand at ________ o'clock ____. M. on the __________ day of ___________________________, 20______. Executed at

(Address) ____________________________________________________________________________ __________ in

_______________________ County at o'clock ____. M. On the __________ day of ____________________________, 20______, by

Delivering to ______________________________________________________defendant, in person, a true copy of this Citation together with the accompanying _______ copy (ies) of the «Attachment». Petition attached thereto and I endorsed on said copy of the Citation the date of delivery.

To certify which I affix my hand officially this _________________day of _____________________________________, 20.

Fees $_____________________________

___________________________________________________

By___________________________________________

Affiant Deputy

On this day, ______________________________________________________, known to me to be the person whose signature appears on the foregoing return, personally appeared. After being by me duly sworn, he/she stated that this citation was executed by him/her in the exact manner recited on the return.

SWORN TO AND SUBSCRIBED BEFORE ME, On this _______ day of _____________________________________, 20___.

_______________________________________________

Notary Public

EXHIBIT C

10/18/2024 4:41 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 93341865
By: Christopher Matthews
Filed: 10/18/2024 4:41 PM

CAUSE NO. ___________

| | | |
|---|---|---|
| NONA MINGO | § | IN THE DISTRICT COURT OF |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| VS. | § | HARRIS COUNTY, TEXAS |
| | § | |
| HOME DEPOT U.S.A., INC. | § | |
| | § | |
| *Defendant.* | § | ____ JUDICIAL DISTRICT |

**Plaintiff's Original Petition**

Plaintiff Nona Mingo ("Plaintiff") brings this action complaining of Home Depot U.S.A., Inc., ("Defendant"), and for cause of action would respectfully show the Court the following:

**I.**
**NATURE OF ACTION**

1. This is a personal injury case against a nonsubscriber to a Workers Compensation insurance policy. Because Defendant is a nonsubscriber, it may not argue that Plaintiff has any responsibility for his injuries. TEX. LAB. CODE § 406.033(a).

2. Plaintiff brings claims of negligence, gross negligence, and negligence per se claims against Defendant.

**II.**
**JURISDICTION AND VENUE**

3. The Court has jurisdiction over this action because Plaintiff's claims arise under the laws of Texas. The Court has jurisdiction over Defendant because Defendant does a substantial amount of business in Texas, and committed the acts complained of in Texas.

4. Venue is proper in Harris County because all or a substantial part of the events or omissions giving rise to Plaintiff's claim occurred in Harris County.

## III.
## DISCOVERY LEVEL

5. Discovery in this matter may be conducted under Level 2 of the Texas Rules of Civil Procedure.

## IV.
## PARTIES

6. Plaintiff is a citizen and resident of Texas.

7. Defendant Home Depot U.S.A., Inc. is a foreign corporation which does a substantial amount of business in Texas and is registered to do business in this state. Defendant may be served through its registered agent for service of process, Corporation Service Company D/B/A CSC-Lawyers Incorporating Services, at its registered office, 211 E. 7th Street Suite 620, Austin, Texas 78701.

## V.
## FACTS

8. This lawsuit is necessary as a result of an incident that occurred on or about March 14, 2024. At that time, Plaintiff Nona Mingo was working at a Home Depot location at 22310 Kuykendahl Rd. in Klein, Texas 77389. While Plaintiff was working, a coworker began a conversation with a customer directly behind her. The customer was using a flat-bed cart. Plaintiff did not notice the flat-bed cart because the coworker was blocking her view. As a result, when Plaintiff stepped backwards to turn around she fell over the cart, suffering severe injuries to her neck, back, and other parts of her body, as well as suffering internal bleeding.

9. Defendant is negligent and grossly negligent for the following reasons:

a. failing to provide a reasonably safe workplace;

b. creating a dangerous condition;

c. failing to remedy a dangerous condition on its premises;

d. failing to warn Plaintiff of a dangerous condition on the premises;

e. failing to adequately supervise its employees;

f. failing to act reasonably in hiring, training, and retaining employees;

g. vicariously liable for their employees' negligence;

h. recklessly disregarding the safety of Plaintiff;

i. ratifying the grossly negligent acts of its employees;

j. failing to have adequate safety policies and procedures;

k. failing to follow, enforce, or train its employees regarding its own policies and procedures;

l. failing to follow applicable government safety regulations; and

m. other acts deemed negligent and grossly negligent.

10. As a result of said occurrences, Plaintiff sustained severe injuries to her neck, back and other parts of her body which have resulted in physical pain, mental anguish, and other medical problems. Plaintiff has sustained severe pain, physical impairment, discomfort, mental anguish, and distress. In all reasonable probability, her physical pain, physical impairment, and mental anguish will continue indefinitely. Plaintiff has also suffered a loss of earnings in the past, as well as a loss of future earning capacity. Plaintiff has incurred and will incur pharmaceutical and medical expenses in connection with his injuries.

11. Further, Defendant acted knowingly and/or recklessly, committing gross negligence. By failing to warn plaintiff of a dangerous condition which only it was aware of, failing to adopt adequate safety procedures, failing to enforce those safety procedures which it did promulgate, and/or ratifying the gross negligence of its employees, Defendants consciously disregarded a known risk of substantial harm to Plaintiff. Accordingly, Plaintiff is entitled to

punitive damages.

12. Plaintiff has been damaged in a sum far in excess of the minimum jurisdictional limits of this Honorable Court, for which he now sues. Plaintiff seeks monetary relief in excess of $1 million.

## VI.
## JURY TRIAL

13. Plaintiff hereby requests a trial by jury on all claims.

## VII.
## PRAYER

Plaintiff prays that citation issue and be served upon Defendant in a form and manner prescribed by law, requiring that Defendant appear and answer, and that upon final hearing, Plaintiffs have judgment against any and all Defendants, both jointly and severally, in a total sum in excess of the minimum jurisdictional limits of this Court, plus pre-judgment and post-judgment interests, all costs of Court, attorneys' fees, punitive damages, and all such other and further relief, to which they may show themselves justly entitled.

DATED: October 18, 2024

Respectfully submitted,

**ARNOLD & ITKIN, LLP**

*/s/ Trent Shelton*
Jason A. Itkin
State Bar No. 24032461
Trenton A. Shelton
State Bar No. 24121119
6009 Memorial Drive
Houston, Texas 77007
Telephone: (713) 222-3800
Facsimile: (713) 222-3850
e-service@arnolditkin.com
jitkin@arnolditkin.com
tshelton@arnolditkin.com



EXHIBIT C

***Plaintiff's Attorneys***



EXHIBIT C

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Narissa Espinal on behalf of Trenton Shelton
Bar No. 24121119
nespinal@arnolditkin.com
Envelope ID: 93341865
Filing Code Description: Petition
Filing Description: Plaintiff's Original Petition
Status as of 10/21/2024 7:22 AM CST

Associated Case Party: NONA MINGO

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Narissa Espinal | | nespinal@arnolditkin.com | 10/18/2024 4:41:43 PM | SENT |
| Jason Itkin | | e-service@arnolditkin.com | 10/18/2024 4:41:43 PM | SENT |
| Trenton Shelton | | tshelton@arnolditkin.com | 10/18/2024 4:41:43 PM | SENT |

EXHIBIT C